IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ESPINOZA DUBON, *et al.*,    )
                              )
        Plaintiffs  )
                              )
v.                              )  Civil Action No. 1:16cv01172 (AJT/MSN)
                              )
RELIABLE ASSETS, INC., *et al.*,    )
                              )
        Defendants.  )
                              )

### ORDER

This matter is before the Court on defendants' motion to dismiss plaintiffs' complaint [Doc. No. 5] (the "Motion"). The plaintiffs having filed an Amended Complaint [Doc. No. 8] pursuant to Federal Rule of Civil Procedure 15, it is hereby

ORDERED that defendants' Motion [Doc. No. 5], and the same hereby is, DENIED as moot without prejudice; and it is further

ORDERED that defendants file their motion to dismiss the Amended Complaint within fourteen (14) days of the date of this order.

The Clerk is directed to forward a copy of this Order to all counsel of record.

                                                          /s/
                                             Anthony J. Trenga
                                             United States District Judge

Alexandria, Virginia
October 27, 2016