IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ESPINOZA DUBON, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 1:16cv01172 (AJT/MSN) |
| ) | |
| RELIABLE ASSETS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

It is hereby

ORDERED that the hearing on the Defendants' Motion to Dismiss [Doc. No. 13], currently scheduled for a hearing on Friday, December 2, 2016 be, and the same hereby is, CONTINUED to **Friday, December 9, 2016 at 10:00 a.m.**

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 10, 2016