## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Denia Elizabeth Espinoza Dubon, et al. <br><br> Plaintiffs, <br><br> v. <br><br> Reliable Assets, Inc., et al., <br><br> Defendants | Civ. No: 1:16-cv-1172-AJT-MSN |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action, with prejudice.

Respectfully submitted,

By: _____//s//_____ _____  Date: December 22, 2016
Nicholas Cooper Marritz (VSB No. 89795)
Simon Y. Sandoval-Moshenberg (VSB No. 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, Virginia 22041
Tel: (703) 778-3450
Fax: (703) 778-3454
nicholas@justice4all.org
*Counsel for Plaintiffs*

1

By: _____//s//_____
Nicholas H. Hantzes
Michael D. Hall
Hantzes & Associates
1749 Old Meadow Road, Suite 308
McLean, Virginia 22102
(703) 378-5000
nhantzes@hantzeslaw.com
mhall@hantzeslaw.com
Counsel for Defendants